UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CARMELO FLORES, *on behalf of himself*　　　　　　　JUDGMENT
*and others similarly situated*,　　　　　　　　　　　　17-CV- 0561 (BMC)

　　　　　　　　　　Plaintiff,

　　-against-

JOEL MARTINEZ *d/b/a* LA BELLA
PIZZERA,

　　　　　　　　　　Defendant.
-----------------------------------------------------------X

　　　　　A Memorandum Decision and Order of Honorable Brian M. Cogan, United States District Judge, having been filed on April 26, 2017, granting Plaintiff's motion for a default judgment as set forth in the Court's Memorandum Decision and Order; and directing the Clerk of Court to enter judgment in favor of Plaintiff and against Defendant in the amount of $96,200.00 in damages, plus $4,125.00 in attorneys' fees and $400.00 in out-of-pocket costs, for a total of $100,725.00; it is

　　　　　ORDERED and ADJUDGED that Plaintiff's motion for a default judgment is granted; and that judgment is hereby entered in favor of Plaintiff Carmelo Flores, *on behalf of himself and others similarly situated* and against Defendant Joel Martinez *d/b/a* La Bella Pizzera, in the amount of $100,725.00.

Dated: Brooklyn, New York　　　　　　　　　　　　　Douglas C. Palmer
　　　　　April 27, 2017　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　　by:　*/s/ Janet Hamilton*
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk